UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>USCIS, et al.,<br><br>    Defendants. | Case No. 23-cv-06310-JSW<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this case on December 6, 2023, and there is nothing in the record to show Defendants have been served. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff's response shall be due by February 20, 2024.

**IT IS SO ORDERED**.

Dated: February 13, 2024

_____
JEFFREY S. WHITE
United States District Judge